Print Form

**Instructions for use:**

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court.

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 28 2010  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Jeffrey Bray

**Plaintiff(s)**

vs.

abc Television
NBC Television
Federal Reserve Bank

**Defendant(s),** GMC - Denali

10-CV-01066-CMP

**COMPLAINT**

# CV10 1066 RSM

Ifp N/JS

## Parties to this Complaint:

**Plaintiff's Name, Address and Phone Number**

Jeffrey Bray
P.O. Box 1143
Seattle, WA 98111

**Defendant's Name, Address and Phone Number**

KABC-TV
500 Circle Seven Drive
Glendale, California 91201

**Defendant's Name, Address and Phone Number**

Republic Fiduciary International
1648 Ohio St. #318
Salina, Kansas 6360

North Shore Agency Inc.
270 Spagnoli Rd #111 Melville, New York 11747-3515

| | |
|---|---|
| 1 | **Defendant's Name, Address and Phone Number** |
| 2-4 | General Motors Corporation<br>215 S.W. 128<br>Renton, Washington 98057 |
| 5 | (If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary) |
| 6-7 | **Jurisdiction**<br>(Reason your case is being filed in federal court) |
| 8-10 | Federal Reserve Bank<br>950 Grand Ave<br>Los Angeles, California |
| 11-12 | **Statement of Claim:**<br>(State here as briefly as possible the facts of your case.) |

13-25: in 1992 @ the Riverside Civil Court in Riverside, California i had filed for an Identification Amendment. In Reference to: the Denali Center @ 1949 Gilliam Way Fairbanks, Alaska {the Riverside County Administration Building} had printed a false birth record. After I filed for the Identification Amendment I noticed that General Motors Corporation {GMC} had used the Name

**Statement of Claim**
(continued):

Denali, in manufacturing SUV's. i also noticed a few other Retailer's using the name in manufacturing. Big 5 sporting goods makes a boot called Denali. Year's went by and i kept seeing car's drive by me with a name i had mentioned in a Identification at a mead meet in 1992.

2006 rolled around, i was introduced to the Internet. i had applied for a GMC Denali Brochure on-line @ the Chrysalis Job Center @ 1853 Lincoln Blvd. after i applied for the brochure i noticed abc Television used the same exact GMC Denali on-line application during the entire 2006 NBA Championships. i even noticed abc Television using the Denali Commercial in the 2010 NBA Championships this year.

After the 2006 NBA championships were over i would go back to Chrysalis @ 1853 Lincoln Blvd Santa Monica, California 90401 and use the internet to apply for jobs { or sign up Commercial accounts for CNBC - a stock sheet for the New York Stock Exchange. Chrysalis { is a NBC Television / Universal pictures job Center }.

Once i had went to the job center and signed up a Tour with the Federal Reserve Bank @ 950 Grand ave Los Angeles, California { i had just signed up for another Tour June 22nd 2010, but this time a Cop told me i went to Los Angeles for nothing, i handed her my Tour sign-up slip i got off the Internet; similar to the Tour slip i went on Tour with in 2006 at the same exact Federal Reserve Bank @ 950 S. Grand ave Los Angeles, California; The Cop took my Tour slip and told me the Tour was @ 10:00 am June 22nd 2010, and my name was not on the list. i gave her my Tour slip and left the building

Since 2006 until 2010 i have been recieving payment money orders from processing centers all over the Country for large amounts of money. I didnt know where the money orders were coming from; {abc Television network in los Angeles, T.V. Guide network in Hollywood, {i had mentioned the word network to abc Television affiliates all across the Country while developing a accounting system when the ran the Denali Commercial over national Television; after i mentioned network to abc Television various companies in the Entertainment Industry}, the federal reserve Bank, the General Motors Corporation, yahoo, or Chrysiles {the NBC/universal pictures job center @ 1853 Lincoln Blvd Santa Monica, 90401. I didnt know where those money orders Came from, Kieshe @ 310-450-4050 just gave me another one on Tuesday June 22nd 2010 when i went to go visit her after i left the federal Reserve building. after the 4 years of processing the money orders threw the united States Post office, i only got a $162

money order from the processing center in Las Vegas 702-434-5005. They sent me a One Dollar and Twelve Cent money order from Western Union.

The last money order i picked up on Tuesday i went to the postal Inspector's office and had him make copies of it.

I plan to have the postal unit file federal charges against the payment processing centers for making them travel clear across the county for nothing. a copy is enclosed in the complaint

**Relief:**
(State briefly exactly what you want the court to do for you)

in Ref to: Copyright, Trademark and patents Laws, when mentioning words to Large Corporations {words like Denali, Network, "Ice Age"}. If those those Corporations got the Idea from me. Can I be Compensated monetarily and with property {a BRAND NEW GMC Denali-Sierra of {ZERO mileage}.

**Jury Demand:**
(Optional)

NO

6-26-10
Date

Jeffrey Bray
Signature of Plaintiff

| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| *Jeffrey Bray* | |
| ATTORNEYS FOR: *Jeffrey Bray* | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| *Jeffrey Bray* Plaintiff(s), v. *abc Television, NBC Television, Federal Reserve, GMC, Denali Bank* Defendant(s) | CASE NUMBER: <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _____
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**          **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Blue Cross of Alaska : Proof, i Contacted the Blue Cross of Alaska Insurance Company because they had issued me a Medical Insurance I.d. when i was a ~~cluster~~ Child Blue Cross of Alaska/Washington can prove i was Jeffrey Bray born in Alaska not in Riverside California

_____  _____
Date  Sign *Jeffrey Bray*

_____
Attorney of record for or party appearing in pro per

CV-30 (04/10)      NOTICE OF INTERESTED PARTIES

<mark>Case 2:10-cv-04061-PSG-RSM Document 23 Filed 07/02/2010 Page 9 of 14</mark>

$ $10,000.00
Less -0-
Total $10,000.00



№ 28634

PROGRAM 220A
**CONFIRMED**
$10,000.00 ELIGIBILITY

# FIDUCIARY INTERNATIONAL

# OFFICIAL CONFIRMATION OF PAYMENT

| AVAILABLE FUNDS |
| :---: |
| **$10,000.00** |

| CONFIRMATION NO. | STATUS |
| :---: | :---: |
| 200237814 | **APPROVED & CONFIRMED** |

| RECIPIENT |
| :---: |
| Jeffrey Bray |

RF1FRA-RF01U-20023781417
Jeffrey Bray
1616 7th St
Santa Monica CA 90401-3324

## YOUR ASSURANCE OF FUNDS PAYABLE:

YOU, Jeffrey Bray
SHALL RECEIVE UP TO *****$10,000.00*****
UPON YOUR VALID REPLY AND VERIFICATION AS THE MAXIMUM CASH RECIPIENT.

1. **TO THE RECIPIENT:** A check for up to *****$10,000.00***** shall be released and dispatched to your home address according to the conditions listed above.

2. **ELIGIBILITY:** *****$10,000.00***** *in allocated funds cannot be sent until you complete and mail* **Form 5440** *to this office* (form enclosed) and final cash distributions are determined. Complete Form 5440 in full, sign your name, and mail immediately in the envelope provided.

3. **ASSURED PAYMENT:** Funds up to *****$10,000.00***** are secured by bond or deposit. Said funds shall be lawfully awarded in good order according to program terms and conditions.

4. **FINAL INSTRUCTIONS.** The following procedures must be followed precisely before any funds are paid:
   a) Complete Form 5440; sign your name where indicated.
   b) Answer the Procedural Security Question.
   c) Enclose a Processing Fee of $15 ; mail immediately.

DOCUMENT REGISTRATION                                         0927-BM - 0693525 CUSIP 28634 10 5
                                                              *********$10000*********
REPUBLIC FIDUCIARY INTERNATIONAL                              *********$10000*********
                                                              *********$10000*********
                                                              *********$10000*********
FUNDS AWARDED  NO LESS THAN TEN THOUSAND US DOLLARS           *********$10000*********

<mark>THIS OFFICIAL DOCUMENT WAS PREPARED BY REPUBLIC FIDUCIARY INTERNATIONAL IN COMPLIANCE WITH ALL ESTABLISHED PROCEDURES AND COVENANTS AS A FORMAL ADVISORY AND ASSURANCE OF CASH SUMS TO BE DISBURSED IN A MULTI-LEVEL SKILL COMPETITION, OF WHICH THIS DOCUMENT REPRESENTS THE INITIAL SOLICITATION WINNERS IN THIS LEVEL MAY BE ADVANCED TO THE NEXT LEVEL-SEE RULES, TERMS, AND CONDITIONS HEREIN. NO TAXES SHALL BE WITHHELD FROM ANY DISBURSED AWARD, NOR SHALL ADDITIONAL FEES, CHARGES, OR COMMISSIONS BE LEVIED EXCEPT AS NOTED HEREIN. ALL ENTRANTS MUST BE AGE EIGHTEEN OR OLDER, AND EMPLOYEES OF REPUBLIC FIDUCIARY INTERNATIONAL, THEIR FAMILIES, SUBSIDIARIES OR VENDORS ARE PROSCRIBED FROM PARTICIPATING IN THIS PROGRAM. NO EXCEPTIONS TO THESE PROCEDURAL REGULATIONS ARE PERMITTED.</mark>

# Form 5440

**Mail this Entire Page, with fee, in the Envelope Provided**

**Important.** To initiate your claim for funds, this form (5440) must be completed and submitted by mail to Republic Fiduciary International; your processing fee must be enclosed to obtain funds eligibility.
**Taxes, fees, and commissions.** None withheld. But any funds disbursed may be subject to taxation in your country of residence.

```
RF1FRA-RF01U-20023781417
Jeffrey Bray
1616 7th St
Santa Monica  CA  90401-3324
```


20023781417

**RESPONDENT INSTRUCTIONS:**

(1) **Name & Address Verification.** Your name and address are printed here. For secure funds delivery, check the accuracy of this information and correct, if necessary on the reverse of this page.

(2) **Complete this Form (5440).** Provide all requested information, and sign your name where indicated.

(3) **Mail Form 5440 and your Processing Fee within 5 days.** Deadlines for reply have been established and shall be strictly enforced. *If you submit this form after the deadline, your funds eligibility shall be cancelled and any funds for which you are entitled will be returned to the cash pool and awarded to other respondents.* You are strongly urged to mail this form and your Processing Fee immediately.

---

**Payment Information — Do Not Mark in This Space — For Comptroller of Funds' Use Only**

| | | |
|---|---|---|
| LINE A | Enter full name of respondent ............... A | Jeffrey Bray |
| LINE B | Enter assigned confirmation number ......... B | 200237814 |
| LINE C | Enter funds payable ........................ C | $10,000.00 |
| LINE D | Enter adjustments or funds withheld ........ D | -0- |
| LINE E | Enter subtotal ............................. E | $10,000.00 |
| LINE G | Subtract line D from Line E and list total amount ... F | $10,000.00 |

---

## RESPONDENT: COMPLETE THIS SECTION IN FULL

1. I HAVE ENCLOSED MY **$15** PROCESSING FEE:

   ☐ IN CASH   ☐ BY CHECK   ☐ BY MONEY ORDER   ☐ BY CREDIT CARD

   MAKE PAYABLE TO "JUDGING DEPARTMENT"

   **28634**

   IF PAYING BY CREDIT CARD, PROVIDE THE FOLLOWING INFORMATION:

   CREDIT CARD NUMBER: [ ][ ][ ][ ] [ ][ ][ ][ ] [ ][ ][ ][ ] [ ][ ][ ][ ]

   EXPIRY DATE: [ ][ ]/[ ][ ]  (MM/YY)

2. YOU MUST ANSWER THIS PROCEDURAL SECURITY QUESTION CORRECTLY:

   3 + 3 - 3 = _____

3. SIGN YOUR FULL NAME ON THE LINE BELOW:

   *[signature: Jeffrey Bray]*   6-25-10
   SIGNATURE                     DATE

OFFICIAL USE ONLY
RF1FRA-RF01U - 20023781417





**ONTEST RULES: Eligibility.** Contest open to those who are 18 years of age or older at the time of entry. This contest is open only to legal residents of the 50 United States, the District of Columbia. Contest is void in Arizona, Colorado, onnecticut, Florida, Illinois, Iowa, Louisiana, Maryland, North Dakota and Vermont, and any other state which prohibits contests of this sort. Persons from those states are not able to enter and are not eligible to win any prize(s). By entering is contest, you hereby represent and warrant that you are not a resident of the aforementioned states. This contest is void where prohibited or restricted by law. This contest is subject to all federal, state, and local laws. Your participation the Contest constitutes your acknowledgment and agreement to be bound by all of the terms of these rules. You must pay an entry fee(s) to compete for the prize(s). Employees, officers and directors of Sponsor, their respective parents, ibsidiaries, and agents, as well as the immediate family (defined as parents, spouses, children, siblings and grandparents) and household members (defined as people who share the same residence at least 3 months a year) of each such nployee, officer and director are not eligible to enter or win. Contest start on September 1, 2009 and ends on February 28, 2011. **How to Enter:** Cash Payout 1 is a contest of skill involving no luck or chance. Contest consists of 1 level with tie breaker rounds. Level 1 and each of the tie break rounds requires the payment of an entry fee. To enter Level 1 the entrant must pay the entry fee of $15.00 and correctly answer the Level 1 Entry Directive. All entrants that pay the Level entry fee and successful answer the Level 1 Entry Directive will be eligible to enter the First Tiebreaker Round. To enter the First Tiebreaker Round the entrant must pay the First Tiebreaker Round entry fee of $10.00 and correctly answer e First Tiebreaker Round Directive. All entrants that pay the First Tiebreaker Round entry fee and successful answer the First Tiebreaker Round Directive will be eligible to enter the Second Tiebreaker Round. To enter the Second Tiebreaker ound the entrant must pay the Second Tiebreaker Round entry fee of $10.00 and correctly answer the Second Tiebreaker Round Directive. All entrants that pay the Second Tiebreaker Round entry fee and successful answer the Second ebreaker Round Directive will be eligible to enter the Level 3 Final Round. To enter the Level 3 Final Round the entrant must correctly answer the Level 3 Final Round Directive. All entrants that successful answer the Level 3 Final Round rective will be eligible for the Grand Prize. The Level 3 Round will be much more difficult. All entries must be received by December 31, 2010. **Prizes:** The Grand Prize is $10,000.00. The total entry fees to participate in level 1 and all the e Breaker Rounds to be eligible for the Grand Prize is $35.00. At later points in the contest, you may be given up to three opportunities to compete for optional bonus cash prizes. These Bonus Cash Prizes will be added to the Grand Prize. onus Cash fees range from $15 to $50, depending on the additional bonus prize amount you may select. Maximum cost to play for all advertised prizes totaling $36,000.00 is $105. Payment of the bonus cash fees and playing for bonus ash is optional, and will not affect your present opportunity to win or share a Grand Prize. **Odds:** It is estimated that 200,000 people will enter Level 1 and 85% (170,000) people will correctly answer Level 1. We expect that 25% (34,000) eople will enter and correctly answer the First Tiebreaker Round and anticipate that 3% (6,000) people will enter and correctly answer the Second Tiebreaker Round. The Level 3 round will determine all prize winners. All Entry Directives are ill based mathematical questions. All levels and the tie breaker round involve an Entry Directive of increasing difficulty. Contestants that provide wrong answers in any round will not receive a prize and may be given a new chance to enter e contest at Level 1 (additional entry fee(s) will be required). Entries received after February 28, 2011 may automatically be entered into subsequent, similar contests. **Winners:** If two or more winning entries are tied after the Level 3 round, izes will be shared per capita by winners. Contestants may play multiple times to improve Tiebreaker scores. However, Sponsor reserves the right to limit the number of entries any individual contestant may submit. Winners will receive, in ldition to their prize, double the amount of their original entry fees, including any bonus and tiebreaker fees, for each multiple winning entry submitted. Only one Grand Prize will be awarded, and could be shared with other contestants. In e event of a tie for Bonus Prize Money, Bonus Cash will be divided per capita by those winners who have submitted winning bonus entries; only Bonus Participants will share in bonus prizes. **Miscellaneous:** Different versions of this offer ay be tested, including fee and graphic presentations. Puzzle solutions found to be created in part or in whole by collusion, and/or solutions submitted by proxy or via fictitious identities will be disqualified. By submitting an entry, participant grees to be bound by these Official Rules. Entry constitutes permission to use winners' names and likeness for publicity purposes without further compensation (except where prohibited by law). Sponsor and their promotional and advertising jencies shall have no liability and shall be released and held harmless by participant(s) for any damage, loss or liability to person or property, due in whole or part, directly or indirectly, by reason of the acceptance, possession, use or misuse prize or participation. Any and all disputes, claims and causes of action arising out of or connected with this contest, or any prize awarded, shall be resolved individually, without resort to any form of class action, and exclusively by arbitration. aims, judgments and awards shall be limited to actual out of pocket costs incurred, including costs associated with entering this contest, but in no event attorney's fees. Partially completed entries and illegible entries will not be accepted. o liability is assumed for lost, late, mutilated, illegible, stolen entries, or for postage due or misdirected mail, or any human error which may occur in the receipt or processing of the entries in this contest. Sponsor and its parents, affiliates and ibsidiaries are not responsible for errors in printing of the contest. If any contestant through no fault of the contestant is not able to participate in any aspect of the contest, the contestant may make a written request for a refund of all money at was paid as an entry fee within 1 year of payment. Returned checks may be subject to electronic redeposit without further notice. Recovery fees as allowed by state law may be assessed and may be debited from your checking account. ease keep these official rules with your other important papers. **Winner(s) List and Answers:** Send a self-addressed, stamped, business size envelope to: Cash Payout 1 Winners List, PO Box 36636, Bonita Springs, FL 34136. Requests ust be received by August 31, 2011. Do not send any other correspondence or entries to this address. **Sponsor:** Synchronicity, LLC, PO Box 36636, Bonita Springs, FL 34136. **Guarantee:** Guarantee of Satisfaction is applicable to registered ontestants in any open contest prior to being notified of an incorrect entry. **Questions:** We make our mailing list available to companies whose products or services might be of interest to you. If you would prefer to have your name withheld, no longer wish to receive our own mailings, please copy your name, mailing address, and account number exactly as they appear on our letters, and mail to: DNM Customer Service, PO Box 36636, Bonita Springs, FL 34136.

FOR CUSTOMER SERVICE ISSUES, PLEASE WRITE TO THE REPLY ADDRESS.

DCPZL-U2 -- 11/09

FROM:
REPUBLIC FIDUCIARY INTERNATIONAL
1648 OHIO ST. #318
SALINA, KS 67401-6360

CA 224 0-01

LETTERMAIL SERVICE
1Z 919 E6F 06 0086 1701

8634

06 0086 1701

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LIBERTY, MO
PERMIT NO. 115

JUN 2 2 2010

**CONFIDENTIAL MAIL**

DELIVER TO NAMED RECIPIENT ONLY

-A-POE-U03

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Jeffrey Bray

**DEFENDANTS** abc Television, GMC Dandi
Federal Reserve Bank
NBC Television

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Jeffrey Bray

**Attorneys** (If Known)
Jeffrey Bray

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☒4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☒3 | Foreign Nation | ☐6 | ☒6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☒ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☐ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No
☐ MONEY DEMANDED IN COMPLAINT: $ 3,006,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☒ 310 Airplane | ☒ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☒ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☒ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☒ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☒ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☒ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☒ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☒ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | | ☐ 240 Torts to Land | ☐ 446 American with Disabilities - Other | | **FEDERAL TAX SUITS** |
| | | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | | ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | | ☒ 871 IRS-Third Party 26 USC 7609 |
| | | | ☐ 465 Other Immigration Actions | | |

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☒ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☒ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☒ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _/s/ Jeffrey Briley_   Date _6-26-10_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |